UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPITOMICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CELL SIGNALING TECHNOLOGY, INC., a Massachusetts corporation,<br><br>Defendant. | Case No. 4:13-cv-857-SBA<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

Plaintiff Epitomics, Inc. has moved for an order continuing the Initial Case Management Conference and related dates. Having considered the papers submitted, and finding good cause therefor, the Court hereby grants Plaintiff's Administrative Motion to Continue Case Management and Related Dates. The new schedule is as follows:

- **July 8, 2013:** Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR certification signed by parties and counsel; file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

- **July 22, 2013:** Last day to file Rule 26(f) Report, complete initial disclosures or

state objection in Rule 26(f) Report and file Case Management Statement.

- **July 31, 2013 at 2:45 p.m.:** Initial Case Management Conference. Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. Plaintiff is responsible for filing the joint statement by no later than July 22, 2013. The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

**IT IS SO ORDERED.**

Dated: May 3, 2013.

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge